District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

FILED 22 JUN '23 10:16 USDC-ORP

Page 2 of 10

# UNITED STATES DISTRICT COURT
## District of Oregon

**Daniel Applegate**
*Petitioner*

v.

**Multnomah County Sheriffs Office**
*Respondent*
(name of warden or authorized person having custody of petitioner)

Case No. **3:23-cv-00937-SI**
(to be assigned by the Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: **Daniel Applegate**
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: **Multnomah County Detention Center**
   (b) Address: **11540 NE Inverness Drive**
   (c) Your identification ("SID") number: **16986628**

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Indicate that you are currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of the court that sentenced you: **Multnomah County Circuit Court, JC2, Portland Oregon MCDC**
   (b) Docket number of criminal case: **19CR67168, 21CR14297**
   (c) Date of sentencing: **6-14-2023**
   ☐ Being held on an immigration charge
   ☒ Other (explain):

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

Page 3 of 10

## Decision or Action You Are Challenging

5. Indicate what you are challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Multnomah County Circuit Court Portland, Oregon MCDC JC 2

   (b) Docket number, case number, or opinion number: 19CR67168, 21CR14297

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): 120 days jail. I was denied 936 credits, 120 days in jail, no CTS, I've already done the time, did not do probation. The ~~probation~~ "contest probation violation" hearing was ~~not held by~~ my probation judge. The P.O. "Amanda Miller" is in "Sex crimes" and "Assault 4" My probation violation is NOT a sex crime, neither is "Failure to report hearing not held in 15 days of being in custody/paperwork or any legal procedure by judge or by P.O. which is a violation of my U.S. Constitutional 5th Amend. right to "DUE PROCESS".

   (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7. First appeal

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☐ Yes     ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____

   (3) Docket number, case number, or opinion number: N/A

   (4) Result: N/A

   (5) Date of result: N/A

   (6) Issues raised: N/A

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

Page 4 of 10

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes        ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☐ Yes        ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                                Page 5 of 10

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☒ Yes          ☐ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes          ☒ No

    If "Yes," provide:
    (1) Name of court:
    (2) Case number:
    (3) Date of filing:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes          ☒ No

    If "Yes," provide:
    (1) Name of court:
    (2) Case number:
    (3) Date of filing:
    (4) Result:
    (5) Date of result:
    (6) Issues raised:

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                                                Page 6 of 10

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11.   **Appeals of immigration proceedings**
      Does this case concern immigration proceedings?
      ☐ Yes          ☒ No
           If "Yes," provide:
      (a)  Date you were taken into immigration custody: _____
      (b)  Date of the removal or reinstatement order: _____
      (c)  Did you file an appeal with the Board of Immigration Appeals?
           ☐ Yes         ☐ No
           If "Yes," provide:
           (1) Date of filing: _____
           (2) Case number: _____
           (3) Result: _____
           (4) Date of result: _____
           (5) Issues raised: _____

      (d)  Did you appeal the decision to the United States Court of Appeals?
           ☐ Yes         ☒ No
           If "Yes," provide:
           (1) Name of court: _____
           (2) Date of filing: _____
           (3) Case number: _____

Case 3:23-cv-00937-SI    Document 2    Filed 06/22/23    Page 6 of 15

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                    Page 7 of 10

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes        ☒ No

    If "Yes," provide:

    (a) Kind of petition, motion, or application: _____
    (b) Name of the authority, agency, or court: _____

    (c) Date of filing: _____
    (d) Docket number, case number, or opinion number: _____
    (e) Result: _____
    (f) Date of result: _____
    (g) Issues raised: _____

## Grounds for Your Challenge in This Petition

13. State every ground that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** I was never given order by judge or in paperwork I was to check in with a P.O. yet I was found to be in probation violation and sentenced to 120 days. This is "DUE PROCESS" denial of under the U.S. Constitution 5th Amendment right.

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

Page 8 of 10

(a) Supporting facts *(Be brief. Do not cite cases or law.):* Amanda Miller is a "Sex crimes" P.O., I was told I am on bench probation with Judge Waller for NON-sex crimes "Assault 4" and "Failure to Report As Sex Offender". I can't be found in violation to check in with a P.O. when I'm supposedly on bench probation, as I said this violates 5th Amendment right.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND TWO:** Probation Violation Hearing Not Held in Allowed Time By Law

(a) Supporting facts *(Be brief. Do not cite cases or law.):* I was brought into custody on April 27th 2023, the time to sanction me is 15 days, by law, on my alleged violation of probation. I was not given a hearing to contest the violation to where I was sanctioned until June 14th, 2023.

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes    ☒ No

**GROUND THREE:** Hearing to contest probation violation NOT held by a Bench Probation judge Waller

(a) Supporting facts *(Be brief. Do not cite cases or law.):* I am allegedly on Bench Probation with Judge Waller. Judge C. Sinlapasai held my "hearing to contest probation violation" and this is not in conformance with law with circuit court, so Judge Waller not releasing me within 15 days pleas of probation sanction time without a hearing is a violation of Oregon State Bar code of ethics and Oregon Circuit Court rules of court procedure.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes    ☒ No

Ground 4: Illegal Witness Called to Testify

Amanda Miller was called to testify that I never checked in with her, she is a sex crimes P.O. and has NOTHING to do with alleged violation of my probation when my alleged probation ~~was~~ is BENCH probation, with Judge Waller. This was in JC2 with Judge C. Ginlapasai at the Justice Center, Multnomah County Detention Center.

Ground 5: Ineffective Assistance of Counsel

Chris Behre, with Metropolitan Public Defenders declined to address "15 day window to sanction me at "contested probation violation" hearing, and prior to as, I instructed him to do via phone and prior court dates, and to ~~the~~ motion with the court to dismiss." He denied to address release. By taking place in illegal court proceeding with Judge C. Linlapasai ~~me~~ ~~who~~ who is not a circuit court judge and not my judge in Bench Probation hearing with Circuit Court Judge Nancy Waller, he violated code of ethics ~~and~~ with Oregon State Bar and Circuit Court ~~are~~ rule

Ground 6: 15 days to hold probation violation (while I'm in custody) ~~as regarded~~ hearing to SANCTION me ~~disregard~~

I was arrested April 27th 2023 the day I was finally given a "hearing to contest the violation" was WAY outside the 15 days to hold violation hearing to sanction me, it was on June 14th, 2023 49 days later. I should have been released after the allowed sanction time was up.

Ground 7: District Attorney Rebecca Freeman took part in illegal court proceeding

D.A. Rebecca Freeman took part in illegal court proceeding, being that my court proceeding was not held in circuit court it was at the Multnomah County Detention Center, JC2, and my alleged Bench Probation Judge is Judge Nancy Waller, instead it was with Judge C. Ulnlapasai. This violates codes of ethics with the Oregon State Bar and not in accordance with circuit court

Ground 8. ~~Excessive Probation~~
Violation Hearing Not held by Bench Probation Judge (and Illegal sentence therefore given)

My ~~pro~~ Bench probation judge is Nancy Waller, instead it was held by Judge C. Linlapasai not in circuit court but in Multnomah County Detention Center in JC2. She, Linlapasai violated my right to DUE PROCESS by sentencing me to 120 days outside of the 15 day window to sanction me which is ~~~~ the maximum amount of time to sanction a inmate while in custody. I came in April 27th 2023 and was denied release after 15 days to that date and ~~didn't~~ wasn't given a hearing to contest until June 14th. Furthermore ~~the~~ BENCH Probation Judge Nancy Waller's name was put on record and court documents which I have attached. (see (following) documents) To illegally sentence me to 120 days outside of proper judge for Bench probation court, being circuit court, violates circuit court Laws and procedure and Judge C. Linlapasai violates Oregon State Bar code of ethics

Case 3:23-cv-00937-SI   Document 2   Filed 06/22/23   Page 11 of 15

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                Page 9 of 10

**GROUND FOUR:**

ATTACHED ON SEPERATE SHEET

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

This is My 1st Appeal and only available remedy to the best of My Knowledge

**Request for Relief**

15. State what you want the Court to do: Release Me from custody immediately. Dismiss "Assault 4", "Failure to Report As A Sex Offender" and erase they from My record as well as the "Rape 1" on My record. Dismiss "Judgement Continuing Probation"; ordering Me 120 days in jail, daily check in with P.O., any check in with P.O.: DISMISS PROBATION. Dismiss early release to in-patient treatment, or approved housing. In addition to dismissal of "Rape 1" completely erased from My record, which allegedly caused the allegation of "Failure to Report As A Sex Offender" and Myself to be charged, taken into custody and held for many Months out of My Life, deprived of My God given American freedom, I want the court to REMOVE Me FROM the sex offender website and relieve Me of alleged require to AND RELEASE ME FROM CUSTODY IMMEDIATELY. report as a S.O.

Case 3:23-cv-00937-SI    Document 2    Filed 06/22/23    Page 12 of 15

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                               Page 10 of 10

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:*

_6-14-2023_

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _6-14-2023_         _D. Applegate_
                          Signature of Petitioner

                          _Pro Se_
                          Signature of Attorney or other authorized person, if any

* As noted in the instructions to this form (at #6), if you are incarcerated at Snake River Correctional Institution (SRCI) or Two Rivers Correctional Institution (TRCI), you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7 (for SRCI) or 2019-12 (for TRCI). Accordingly, you must submit your filings in this case to prison staff for scanning and electronic submission, instead of mailing the filing using the U.S. Postal Service. Please indicate the date you submitted this petition to prison staff for scanning and electronic submission.

# IN THE CIRCUIT COURT OF THE STATE OF OREGON
# FOR MULTNOMAH COUNTY

STATE OF OREGON,
            Plaintiff,
v.

Applegate, Daniel Gary: 718775
            Defendant.

) Circuit Court No. 21CR14297
) District Attorney No 2433388-1
)
)   JUDGMENT REVOKING PROBATION
) ■ JUDGMENT CONTINUING PROBATION
) ■ ORDER

Date of Proceeding: 06.14.23
Dist. Atty: Rebecca Freeman    Bar No.
Def. Atty: Chris Behre    Bar No.
Probation Judge: WALLER    Probation Officer: Amanda Miller

  Defendant knowingly waived the right to an attorney.   Custody Status: ■ In   Out

■ **FINAL ORDER or JUDGMENT**
    The Court finds the defendant NOT in violation and probation is continued.
  ■ The Court finds the defendant IN willful violation of probation by   stipulation or by ■ finding after a contested hearing on the following basis:
    Failure to report as directed.

**The Court orders the following disposition regarding probation on each of the following counts:**
Count No. 1   Charge: Fail to Report as Sex Offender   Continued;   Extended ____   Revoked; Grid ____ PPS ____
No additional jail sanction

Count No. ____ Charge: ____ Continued; Extended ____ Revoked; Grid ____ PPS ____

Count No. ____ Charge: ____ Continued; Extended ____ Revoked; Grid ____ PPS ____

■ **ORDER:** ASAM evaluation is ordered. Defendant to check-in with P.O. daily for first month after release. After first month, reporting schedule may be adjusted per P.O

**MONEY AWARD:**   Other: ____
IT IS ORDERED AND ADJUDGED THAT ANY FINANCIAL OBLIGATION IMPOSED HEREIN SHALL BE A MONEY AWARD AND CREATES A JUDGMENT LIEN.

**INCARCERATION OPTIONS:** (Check a box below if imposing 10 or more days jail or prison)
    Applies to all Counts;   Applies to Count ____

**DEPT OF CORRECTIONS**
Defendant  MAY  MAY NOT be considered by the executing or releasing authority for any form of temporary leave, release, or non-AIP reduction in sentence as specified in ORS 137.750.   **Exceptions:**  Defendant is eligible for Good Time;  Other: ____
AIP:   Defendant may be considered for alternative incarceration programs and early release on post-prison supervision under ORS 421.508(4) following successful completion of an alternative incarceration program. Basis for eligibility:   By stipulation   By findings stated on the record. The court recommends:   Summit;   New Directions;   Turning Point;   Other: ____

**JAIL**
Defendant  MAY  MAY NOT* be considered by the supervisory authority for any form of alternative sanction authorized by ORS 423.478.
* **Basis for ineligibility:**   By stipulation   Substantial and compelling reasons: ____
  Def is eligible for Good/Work Time ONLY

Dated: 06.14.23   Judge (Signature) _____ / Name of Judge (printed) C. Sinlapasai/JC2

# IN THE CIRCUIT COURT OF THE STATE OF OREGON
# FOR MULTNOMAH COUNTY

STATE OF OREGON,
          Plaintiff,
v.

Applegate, Daniel Gary: 718775
          Defendant.

) Circuit Court No. 19CR67168
) District Attorney No 2411646-1C
)
)   JUDGMENT REVOKING PROBATION
) ■ JUDGMENT CONTINUING PROBATION
) ■ ORDER _____

Date of Proceeding: 06.14.23
Probation Judge: WALLER

Dist. Atty Rebecca Freeman      Bar No. _____
Def. Atty Chris Behre      Bar No. _____
Probation Officer Amanda Miller

Defendant knowingly waived the right to an attorney.    Custody Status: ■ In   Out

■ **FINAL ORDER or JUDGMENT**
    The Court finds the defendant NOT in violation and probation is continued.
    ■ The Court finds the defendant IN willful violation of probation by   stipulation or by ■ finding after a contested hearing on the following basis:
      Failure to report as directed.

**The Court orders the following disposition regarding probation on each of the following counts:**
Count No. 2    Charge: Assault 4    ■ Continued;   Extended _____   Revoked; Grid ___ PPS ___
120 days jail, no CTS. No 936 credits. Early release to in-patient treatment or approved housing per P.O.

Count No. _____ Charge: _____    Continued;   Extended _____   Revoked; Grid ___ PPS ___

Count No. _____ Charge: _____    Continued;   Extended _____   Revoked; Grid ___ PPS ___
Order: The parties are ordered to assist in finding a forensic psychologist to provide therapeutic services for defendant.

■ **ORDER:** ASAM evaluation is ordered. Defendant to check-in with P.O. daily for first month after release. After first month, reporting schedule may be adjusted per P.O.

**MONEY AWARD:**   Other: _____
IT IS ORDERED AND ADJUDGED THAT ANY FINANCIAL OBLIGATION IMPOSED HEREIN SHALL BE A MONEY AWARD AND CREATES A JUDGMENT LIEN.

**INCARCERATION OPTIONS:** (Check a box below if imposing 10 or more days jail or prison)
■ Applies to all Counts;   Applies to Count _____

**DEPT OF CORRECTIONS**
Defendant   MAY   MAY NOT be considered by the executing or releasing authority for any form of temporary leave, release, or non-AIP reduction in sentence as specified in ORS 137.750.    **Exceptions:**   Defendant is eligible for Good Time;   Other: _____
AIP:   Defendant may be considered for alternative incarceration programs and early release on post-prison supervision under ORS 421.508(4) following successful completion of an alternative incarceration program. Basis for eligibility:   By stipulation   By findings stated on the record. The court recommends:   Summit;   New Directions;   Turning Point;   Other: _____

**JAIL**
Defendant   MAY ■ MAY NOT* be considered by the supervisory authority for any form of alternative sanction authorized by ORS 423.478.
* **Basis for ineligibility:**   By stipulation ■ Substantial and compelling reasons: Time needed to find services.
    Def is eligible for Good/Work Time ONLY

Dated: 06.14.23   Judge (Signature) _____ / Name of Judge (printed) C. Sinlapasai/JC2

Daniel Applegate 7184475
11540 NE Inverness Drive
Portland, OREGON 97220

the Clark of Court
U.S. District Court, District of
Oregon
1000 S.W. Third Ave, Suite 740
Portland, OREGON 97204-2902